IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:14-cr-00344-2
)
Sheryl Renita Wilson, )
    Defendant. )
)
)

ORDER

Defendant Wilson has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and Amendment 794 to the United States Sentencing Guidelines.

On April 2, 2015, the Court sentenced Defendant to a term of 57 months custody following her plea of guilty to conspiracy to defraud the United States with respect to claims.

Amendment 794 was effective on November 1, 2015. This Amendment modified the Commentary to U.S.S.G. § 3B1.2 (Mitigating Role) to give sentencing courts additional guidance in determining whether a mitigating role adjustment applies.

Amendments to the Guidelines may only be applied retroactively if they are listed at Section 1B1.10(d) of the United States Sentencing Guidelines Manual. Amendment 794 is not found within that list. As such, a reduction to Defendant's sentence under 18 U.S.C. § 3582(c)(2) is not authorized.

Defendant's Motion is **DENIED**.

SO ORDERED this 17th day of OCTOBER 2016.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA